UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY PHILLIPS, SR., | Case No. 2:17-cv-04673-ODW (SHK) |
|---|---|
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| D. MELO TREJOS, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint ("FAC"), Defendant's Motion to Dismiss ("MTD") Plaintiff's FAC, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Defendant has objected. Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's MTD Plaintiff's FAC be DENIED with prejudice.

Dated: 8/26/2019

HONORABLE OTIS D. WRIGHT, II
United States District Judge