UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PHILLIPS, SR.,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>D. MELO TREJOS,<br><br>　　　　　　　Defendant. | Case No. 2:17-cv-04673-MCS (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint ("FAC"), Defendant's Motion for Summay Judgment ("MSJ"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Defendant's MSJ is GRANTED and this case is DISMISSED with prejudice.

Dated:  November 30, 2021

　　　　　　　　　　　　　　　　　　　　　*Mark C. Scarsi*
　　　　　　　　　　　　　　　　　　　　　HONORABLE MARK C. SCARSI
　　　　　　　　　　　　　　　　　　　　　United States District Judge