JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PHILLIPS, SR.,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>D. MELO TREJOS,<br><br>　　　　　　　Defendant. | Case No. 2:17-cv-04673-MCS (SHK)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice

Dated: November 30, 2021

_____
HONORABLE MARK C. SCARSI
United States District Judge